■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES SMITH, Appellant. [998 NYS2d 906]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kron, J.), rendered February 8, 2013, convicting him of attempted robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish the defendant's guilt of attempted robbery in the first degree beyond a reasonable doubt. Moreover, upon our independent review pursuant to CPL 470.15 (5), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). The prosecution presented sufficient evidence establishing that the defendant displayed what appeared to be a firearm while attempting to commit a robbery at a check-cashing store (*see* Penal Law §§ 110.00, 160.15 [4]; *People v Lopez*, 73 NY2d 214, 220 [1989]; *People v Mitchell*, 59 AD3d 739, 740 [2009]; *People v Barrett*, 247 AD2d 626, 626-627 [1998]; *People v Washington*, 229 AD2d 601, 601-602 [1996]; *People v Haney*, 162 AD2d 613,

613-614 [1990]). Eng, P.J., Dillon, Chambers and Duffy, JJ., concur.